**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Jamielynn Adale Beneduce Tucker and Marc Robert LeDuc, Sr., Defendants,

Of whom Jamielynn Adale Beneduce Tucker is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-002299

Appeal From Horry County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No. 2015-UP-255
Submitted April 27, 2015 – Filed May 8, 2015

**AFFIRMED**

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Jamielynn Adale Beneduce Tucker appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Tucker's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.